IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH

| | |
|---|---|
| JAMIE HERRMANN,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE CITY CORPORATION (SALT LAKE CITY JUSTICE COURT)<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No.:  2:17-CV-00324<br><br>Judge:  Clark Waddoups |

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED.

DATED this 20th day of May, 2020.

BY THE COURT:

_/s/ Clark Waddoups_
_____
Clark Waddoups
United States District Court Judge